# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**FRANCISCO MAYORGA**                                                     **PLAINTIFF**

v.                      **CASE NO. 4:12CV00785 BSM**

**STEVE'S AUTO CENTER OF CONWAY INC.**            **DEFENDANT**

## JUDGMENT

Pursuant to the jury verdict returned on April 9, 2014, following two days of trial, in favor of plaintiff Francisco Mayorga and against defendant Steve's Auto Center of Conway, Inc.;

IT IS ORDERED, ADJUDGED AND DECREED that judgment is rendered for plaintiff Francisco Mayorga in the amount of Seventeen Thousand Five Hundred ($17,500) Dollars. Plaintiff shall have fourteen (14) days in which to file his motion for attorneys' fees and costs. Defendant shall have seven (7) days to file its response.

IT IS SO ORDERED this 10th day of April 2014.

                                                          _/s/ Brian S. Miller_
                                                          UNITED STATES DISTRICT JUDGE